UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 MAY -7 P 5: 19

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYLER A. BLACKMON,

    Defendant.

Case No. 19-CR-**19-CR-83**

[18 U.S.C. §§ 2422(b) and 2]

**Green Bay Division**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 27, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**TYLER A. BLACKMON,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce Minor Child A, a person who had not yet attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, aiding and abetting incest with a child in violation of Wisconsin Statute Section 948.06.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 30, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**TYLER A. BLACKMON,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce Minor Child A, a person who had not yet attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, aiding and abetting incest with a child in violation of Wisconsin Statute Section 948.06.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 2, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**TYLER A. BLACKMON,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce Minor Child A, a person who had not yet attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, aiding and abetting incest with a child in violation of Wisconsin Statute Section 948.06.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 10, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**TYLER A. BLACKMON,**

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce Minor Child A, a person who had not yet attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, aiding and abetting incest with a child in violation of Wisconsin Statute Section 948.06.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

A TRUE BILL:

_____
FOREPERSON

Dated: 5/7/19

_____
MATTHEW D. KRUEGER
United States Attorney