UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN (Green Bay)

_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                Case No. 19-CR-00083-WCG-1

TYLER A. BLACKMON,

        Defendant.

_____

## PROTECTIVE ORDER GOVERNING ALABAMA DEPARTMENT OF HUMAN RESOURCES RECORDS SUBPOENAED BY DEFENSE

_____

Upon the motion of the defendant, upon the demand and with guidance from the non-party Alabama Department of Human Resources, and pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

The Court finds that the defendant's motion for a Protective Order for specified records subpoena from the Alabama Department of Human Resources (DHR) is well founded and is GRANTED. Disclosure of these otherwise confidential materials shall be restricted to this litigation for such use by the parties as is permitted by the Rules and Orders of this Court. All parties to this case and their legal counsel shall maintain the confidentiality of all Alabama DHR records. All parties hereto shall disclose the records only to the following:

(a)   the Court;

(b)   counsel for a party, and his or her agents and employees;

(c)   persons with prior legal access to said records;

(d)   court officials involved in the litigation, including court reporters;

(e)   persons noticed for depositions or designated as trial witnesses, to the extent reasonably necessary in preparing to testify or actually giving testimony, provided such persons are directed to keep confidential those matters protected by this order;

(f)   outside consultants or experts retained for the purpose of assisting counsel in the litigation, or in anticipation of such, provided said persons are directed to keep confidential those matters protected by this order;

(g)   members of the jury; and

(h)   if production of documents is ordered, direct any party seeking copies of the documents requested to compensate DHR for the reasonable cost of the work performed, as set out in DHR *Administrative Code*, Rule 660-1-1-.02.

Any DHR records admitted into evidence or otherwise made a part of the record in this case shall be placed under seal and shall not be made a part of the public record of this case nor released to members of the public.

SO ORERED this 18th day of December, 2019.

s/William C. Griesbach
HON. WILLIAM C. GRIESBACH
District Court Judge