June 10, 2020

Ms. Ferol Jordan
109 Ivey Court
Prattville, Alabama 36066

To whom it may concern,

Tyler Blackmon worked for me at Little Caesar's in Prattville, Alabama for over 6 years. Tyler would walk to work every day. It didn't matter if it was a sunny morning, foggy morning, rainy day or even if there was snow on the ground. He was the only person in his household that worked. His paycheck went to support his family. He would work double shifts from 8 am to 11 PM at times. It didn't matter what the job was, he would put 100% into it. I have never had an employee that worked as hard as Tyler. If I am still a manager when he is released, I would be glad to hire him to work for me again.

Tyler also helped people that needed help. An elderly lady that went to my church needed help moving some furniture onto a moving van. Tyler helped her. A coworker needed her grass cut and didn't have a lawnmower. Tyler pushed his lawnmower to her home and cut her grass. Another coworker's brother died, and the family didn't have enough people to be pall bearers. Tyler worked his shift, went home, changed, and then went to the funeral home to help. He helped a coworker with a disabled mother move their entire house full of furniture because they couldn't afford to hire a company to move their things. He has helped me many times when I needed help.

Tyler did not smoke, drink, or do drugs. He didn't go out and party as many his age does. He worked long hours and walked home to his family, often carrying bags of groceries that his family needed. Tyler Blackmon is an incredible young man who we miss dearly!

Sincerely,

*Ferol Jordan*

Ferol Jordan
General Manager, Little Caesar's in Prattville, Alabama