June 9, 2020

Judge Griebach:

I have known Tyler Blackmon for 8 years. He has been a great friend and employee. Anything I asked him to do at work he did it with no hesitation. He is the best dough guy we ever had, and he was a great trainer when we had new people come in. But nothing can compare to how he was outside the job. I'll never forget when I needed my grass cut, he offered to cut my grass for free because he said we are friends. When the holidays would come around, he had me a play list for Halloween because that is his favorite holiday. When Christmas came around, he did the same thing. But nothing compared to him making me my own playlist of Disney music because he knows I love Disney. And for my birthday he always made me a card with Mickey Mouse on it, and it was always every year. He has played games with my kids, been around my kids, and everything. Ty is more than a worker, he is my family and he will always be my family. I've been trying to write him but his family won't let any of us write him or send money to him. My whole family has been worried about him and hoping that he's okay. Not only that I'm worried about my family member, I hope everyone would just open their eyes and see that Tyler isn't the person they are making him out to be. He is a great person and always has been


/s/ Lutece Ahrens
Lutece Ahrens