June 11, 2020

Judge Griesbach:

When you ask someone to put into words the regret and sympathy they feel for the damage they inflict on people they love, it is not an easy task.

I will start by saying I had strong feelings for C.E.B. I cannot say love because to love someone you never hurt them, and I have hurt her and her brother. Sadly, I can never relive those moments, only look upon them in disgust of who I had become.

Through this difficult time, I have been shown the errors of my past and been given an opportunity to break free from the nightmare of my upbringing. I now see that is not the person I want be and have often lost appetite at the sight of any of my deranged conversations with the girl I thought I loved.

To say, "I'm sorry" isn't enough, yet at this time it is the only thing I can prove. I could tell you that this is the worst thing that has ever happened in my life, and that I will change the broken parts of me or die trying, but what does that exactly mean when words without actions have no meaning. I wish that C.E.B. was here so I could tell her that she deserves someone better than me.

I have made a terrible mistake that I intend to find the better part of a decade to correct. I intend to go through extensive amounts of therapy and overcome any obstacle to show how serious I am about the changes I plan to make. As I have stated before, words without action have no meaning, so at this time I do not ask you to believe in any of these words. I only ask that you believe in me, for my name is Tyler Aron Blackmon, and despite the mistakes I've made, the history of my upbringing, and the influences I once was influenced by, from this day forth, until my last breath, I only ask for guidance and permission to finally be the good me.


/s/ Tyler A. Blackmon
Tyler A. Blackmon