6/11/2020

Hon. William C. Griesbach

Hi Mr Griesbach my name is elizabeth I'm writing this letter today concerning Tyler Blackmon. I have known Mr. Blackmon for sometime he has been an emplolee at little caesars for years and worked with me. He is a very hard worker. He would give his shirt off of his back for others.

In my eyes Mr. Blackmon is a very kind hearted young man who has so much life ahead. Mr. Blackmon would walk to work just to provide for his family everyday to make sure they had what they needed. In my eyes Mr. Blackmon will do anything to make you happy when you are having a bad day. I do not believe Mr. Blackmon is a bad person. I do believe that everyone makes mistakes and I believe Mr. Blackmon deserves some forgiveness for his mistakes and bad decisions. Mr. Tyler Blackmon is very loved by his family and friends and is truly missed here in Alabama. I hope you have a blessed day Mr. Griesbach.

Case 1:19-cr-00083-WCG   Filed 06/11/20   Page 1 of 1   Document 45