# Fax

| | | | |
|---|---|---|---|
| TO: | Hon. William C. Griesbach | FROM: | Ferol Jordan |
| COMPANY: | | COMPANY: | |
| FAX: | 7155986208 | FAX: | |
| SUBJECT: | Tyler Blackmon | DATE: | Thursday, June 11, 2020 |

RE: Tyler Blackmon

To whom it may concern

I worked with Tyler for 5 years, he was always very nice and helpful. Any time someone needed help he would help them and he was very respectful about everything. Tyler help one of the women we worked with, she needed a lawn mower so he pushed his mower to her house and cut her grass for her. He always walked to work no matter if it was raining, snowing, sunny, or cloudy. He was the person in his household that took care of all the bills and his family. They never came to get him from work unless it was payday. He would carry bags of grocery's home. He was always at work somedays he would work from 8am to 11pm with no problem, when called in he did not complain he would just come in. He was always a good person to work with he has done his best to always protect me from people, a guy tried to kidnap me once while at work and Tyler stopped him.

one of the women we worked with her brother passed away and didn't have enough pallbearers so he worked went home and changed and went to the funeral to help out. He also helped the womans elderly mom. The only down fall to Tyler is he plays to many video games but he is still one of the sweetest people I have ever met.

Julie Bates
*Julie Bates*

phone # 334-306-4467
5822 ELMORE ROAD
ELMORE AL. 36025